IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-58-BLG-SPW-4 |
| Plaintiff, | |
| vs. | ORDER |
| LARRY BENJAMIN BARNETT, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Count I of the

Indictment With Prejudice (Doc. 136), and for good cause appearing,

IT IS HEREBY ORDERED that the United States' Motion is **GRANTED.**

IT IS FURTHER ORDERED that Count I of the Indictment is **DISMISSED**

**WITH PREJUDICE**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _8th_ day of August, 2019.

SUSAN P. WATTERS
United States District Court

1